UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BUSINESS ARCHITECTURE GUILD,

    Plaintiff,

v.

PINNACLE BUSINESS GROUP, INC.,
d/b/a Enterprise Architecture Center of
Excellence, d/b/a BARNETT DATA
SYSTEMS, d/b/a ZACHMAN INSTITUTE
FOR FRAMEWORK ADVANCEMENT,
d/b/a ZIFA, also known as BUSINESS
ARCHITECTURE CENTER OF
EXCELLENCE, et al.,

    Defendants.

Case No. 21-cv-10473
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 16, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764